John Adkins et al., Appellees, v. Alex Campbell, Appellant.

Gen. No. 9,716. 

October term, 1950. Kenneth A. Green, for appellant; Ralph E. Suddes, for appellees. Opinion by JUSTICE DADY. Not to be published in full. Opinion filed November 2, 1950; rehearing denied January 3, 1951; released for publication January 3, 1951.

Paul Radakovich, Administrator of Estate of Mary Radakovich, Deceased, Appellee, v. Goldblatt Bros., Inc., Appellant.

Gen. No. 45,178. 

